*1057
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed for so much of the reasons stated in the memorandum of that court as holds that the jury could infer defendant’s intent to rape from his conduct and the surrounding circumstances
 
 (People v Bracey,
 
 41 NY2d 296, 301) and could find that he acted to “carry the project forward within dangerous proximity to the criminal end to be attained”
 
 (People v Werblow,
 
 241 NY 55,61). We also agree that it was not error under these circumstances for the trial court to refuse to charge the misdemeanor of coercion in the second degree as a lesser included offense of the felony of coercion in the first degree
 
 (People v Glover,
 
 57 NY2d 61;
 
 People v Discala,
 
 45 NY 38, 42-43).
 

 The defendant’s other contentions are either unpreserved or without merit.
 

 Chief Judge Wachtler and Judges Jasen, Meyer, Simons, Kaye and Alexander concur.
 

 Order affirmed in a memorandum.